```
Dennis McGoldrick SBN 97720
21250 Hawthorne Blvd., Ste 700
Torrance, CA 90503
(310) 328-1001-voice
(310) 328-0332-telecopier
dmcgoldricklaw@yahoo.com

Attorney for Debtors
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | ) Case No. 2:18-bk-11774-WB |
|---|---|
| Designed to Move, LLC | ) Chapter 11 |
| Debtor. | ) APPLICATION FOR AN ORDER SHORTENING TIME **DECLARATION OF AMIEE MILLER; POINTS AND AUTHORITIES** |
|  | ) Date:(No Hearing)<br>) Time:<br>) Dept: |

The debtor, by and through counsel, hereby moves this court for an Order Shortening Time for a hearing on Movants' Motion To approving the hiring of an auctioneer, approving the sale of forty-five percent of the debtor's inventory, and authorizing the payment of said Auctioneer, as follows:

1. This court has jurisdiction over this motion pursuant to 28 U.S.C. 1334.

2. The debtor filed a voluntary petition on February 17, 2018.

3. The business of the debtor is the rental of furniture to real estate sellers for the staging of homes which are for sale.

1

4. Although the debtor's warehouses are in Los Angeles, the majority of the homes currently staged with the debtor's furniture are in Montecito, and Santa Barbara, CA.

5. The Thomas fire burned the hills and mountains North of the City of Montecito, and subsequent rains flooded many of the houses and roads in Montecito with mud and boulders.  As a result, staging and sales of property in Montecito and Santa Barbara have mostly ceased.

6. The debtor has two warehouse facilities filled with furniture that it does not need presently, and needs to downsize its operations until the real estate market in Montecito rebounds.

7. The debtor is a single member LLC.  Since the filing of the case, Aimee Miller, the single member, has been operating as the Debtor-in-Possession.  Ms. Miller has been interviewing Auctioneers and has decided to hire Stanley J. Paine, Auctioneers to liquidate forty-five percent of her inventory.  This will allow the debtor to downsize to a smaller warehouse, and continue the debtor's business.

8. Prepetition, the debtor received a three-day-notice to quit from the landlord of the debtor's larger warehouse and it is unlikely the debtor could consign, or sell directly, enough of its furniture to allow it to vacate the large warehouse without large losses.  As a result, the debtor requests the court grant an order shortening time for noticing the hearing on the debtor's motion to Hire and Auctioneer and approving the sale to ten days notice.

WHEREFORE, the debtor prays the court:

1. Grant the motion;

2. Set a hearing, at the court's convenience, on ten days

2

3/28/2018/D2M

1. notice, and

2. 3. Approve the notice of hearing, attached as Exhibit "2", and

3. 4. For such other and further relief as is appropriate.

Dated:  March 28, 2018                    Respectfully submitted

         /s/                              Dennis McGoldrick
                                          Dennis McGoldrick

3

3/28/2018/D2M

DECLARTION OF AMIEE MILLER

DECLARATION OF AIMEE MILLER

I, Aimee Miller, declare:

The debtor filed a voluntary petition on February 17, 2018.

The business of the debtor is the rental of furniture to real estate sellers for the staging of homes and offices which are for sale.

Although the debtor's warehouses are in Los Angeles, the majority of the homes currently staged, or under contract, with the debtor's furniture were in Montecito, CA.

The Thomas fire burned the hills and mountains North of the City of Montecito, and subsequent rains flooded many of the houses and roads in Montecito with mud and boulders.  As a result, staging current contracts for property in Montecito have mostly ceased.

The debtor has two warehouse facilities filled with furniture that it does not need presently, and needs to downsize its operations until the real estate market rebounds.

The debtor is a single member LLC.  Since the filing of the case, I, the single member, have been operating as the Debtor-in-Possession.  I have been interviewing Auctioneers and have decided to hire Stanley J. Paine, Auctioneers to liquidate forty-five percent of her inventory.  This will allow the debtor to downsize to a smaller warehouse, and continue the debtor's business.

A true and correct copy of the Personal Property Auction Contract is attached hereto, marked Exhibit "1", and incorporated herein by this reference.

The fees due the auctioneer, per the contract, are:

a. Twenty percent from the seller;

4

b. Ten percent from the buyer; and

c. Advertising fees of $10,000.00 and a U.C.C. search fee of $200,00.

Prepetition, the debtor received a three-day-notice to quit from the landlord of the debtor's larger warehouse. It is unlikely the debtor could consign, or sell directly, enough of its furniture to allow it to vacate the large warehouse without large losses. As a result, the debtor requests the court approve the hiring of Stanley Paine Auctioneers, the sale of forty-five percent of the debtor's inventory, and the payment of the commissions and fees in the contract.

I declare under penalty of perjury the foregoing is true and correct. Executed at Los Angeles, California, on ~~February~~ MARCH 20, 2018.

_____
Aimee Miller,
Managing Member
Designed to Move, LLC

5

1/1/2018/D2M

POINTS AND AUTHORITIES

I

THE COURT CAN SHORTEN TIME FOR HEARING THIS MOTION

11 U.S.C. § 102 (1) says:

"after notice and a hearing" or such similar phrase,

>   (A) Means after such notice as is appropriate in the particular circumstances, and such opportunity for hearing as is appropriate in the particular circumstances;

Here, the debtor has already received a three day notice to move from its large warehouse.  The debtor needs to downsize and move quickly to lower administrative costs.

III

NOT EVEN A FORMAL MOTION IS REQUIRED

FOR THE REDUCTION REQUESTED

Bankruptcy Rule 9006(c)(1) allows the reduction of notice periods without notice and without a motion.

III

CONCLUSION

As stated above, the debtor has already received a three day notice to move from its large warehouse.  The debtor needs to downsize and move quickly to lower administrative costs.

Dated:  March 28, 2018                    Respectfully submitted,

    /s/ Dennis McGoldrick
Dennis McGoldrick

6

3/28/2018/D2M

EXHIBIT "1"



**STANLEY J. PAINE AUCTIONEERS**
373 BOYLSTON STREET
NEWTON, MA 02459

TEL 617-731-4455
FAX 877-258-9909

Email: stan@PaineAuctioneers.com
www.PaineAuctioneers.com

PERSONAL PROPERTY AUCTION CONTRACT
Agreement for Sale of Personal Property by Auction

Agreement made this 16th day of March 2018 between Aimee Miller, Managing Member for Designed To Move, LLC, hereinafter called Seller, and Stanley J. Paine Co., Inc. hereinafter called Auctioneers.

The auctioneer hereby agrees to use his professional skill, knowledge, and experience to the best advantage of both parties in preparing for and conducting the Auction.

The seller hereby agrees to turn over to the auctioneers the items to be sold at public auction. No item shall be sold or withdrawn from the sale prior to the auction except by mutual agreement between seller and auctioneer. If item is sold or withdrawn auctioneer shall receive full commission on the item. The auctioneer will have access to the facility prior to the auction to lot, tag, and photograph items prior to the Auction. The auctioneer will provide labor for photo shoots, auction and auction move out.

This will be a multiple session auction to be held both live and online at either 6051 Maywood Avenue, Warehouse B, Huntington Park, CA, or 134 S. Lasky Drive, Beverly Hills, CA starting on or about Monday, April 16, 2018 at 10:00 A.M. and continuing until 45% of the merchandise is liquidated. It is mutually agreed that all said goods be sold to the highest bidder. It is further mutually agreed that the auctioneers may deduct their fee at set rate below from the gross sales receipts, resulting from said auction sale. There will be a Buyer's Premium of 10% added to the high bid which will be the auctioneer's commission in addition to the fees indicated below. proceeds for the DTM liquidation auctions will be paid to: Designed To Move, LLC, Debtor-In-Possession account, City National Bank ABA #122016066, Account 019593932.

Should the seller cancel the auction the auctioneer will be reimbursed for advertising and reasonable labor expenses. The auctioneers agree to turn net proceeds from sale over to sellers or seller's agent within 10 business days following auction.

**The auctioneer will at his expense include online internet bidding through www.PaineAuctioneers.com.** We will also post the complete auction catalog/images on our website www.paineauctioneers.com, www.auctionzip.com, biddercentral.com, craigslist.org, etc., where potential bidders will be able to view the auction catalog descriptions and images prior to the auction. We will also E-mail to our proprietary mailing list and advertise the auctions on social media, Facebook, Google, Twitter and LinkedIn.

The seller covenants and agrees that he has good title and the right to sell and is unaware of any senior encumbrances. Seller agrees to hold harmless, the auctioneers against any claims of the nature referred to in this contract.

Sellers agree to pay the following sale expenses: Auctioneer's Fee – 20%; Display Advertising/Direct Mail Not To Exceed - $20,000; UCC Search - $200

_Stanley J. Paine_
Stanley J. Paine

_Aimee Miller_
Aimee Miller

Exhibit "2"

```
Dennis McGoldrick SBN 97720
21250 Hawthorne Blvd., Ste 700
Torrance, CA 90503
(310) 328-1001-voice
(310) 328-0332-telecopier
dmcgoldricklaw@yahoo.com
Attorney for Debtors
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 2:18-bk-11774-WB |
| Designed to Move, LLC | Chapter 11 |
| Debtor. | NOTICE OF HEARING ON MOTION TO SELL INVENTORY AND HIRE AUCTIONEER |
| | Date:(Not yet set) |
| | Time: |
| | Dept: |

TO:  The Court, the United States Trustee, Creditors and Parties in Interest:

PLEASE TAKE NOTICE THAT the debtor has filed a motion to approve an auction sale of Forty-Five Percent (45%) of its inventory AND the debtor has filed an Application to Hire an Auctioneer.

A Hearing to approve the employment of the auctioneer and the sale of the inventory has been set for April ___, 2018, at _____m., in courtroom

Objections to the sale and/or the hiring must be filed on or before April ___, 2018 at 5 p.m.  Failure to file an objection may be deemed consent to the Auction Sale and the Hiring of the Auctioneer.

Anyone desiring a copy of the full motions may request a copy from Dennis McGoldrick by telephone (310) 328-1001, or email, dmcgoldricklaw@yahoo.com.

As stated, the debtor wishes to sell Forty-Five percent (45%) of the Debtor's inventory and pay the Auctioneer:
   a.  Twenty percent from the seller;
   b.  Ten percent from the buyer; and
   c.  Advertising fees of $10,000.00 and a U.C.C. search fee of $200,00.

Dated: March ____, 2018          /s/ Dennis McGoldrick
             Dennis                    McGoldrick

7

3/28/2018/D2M                              EXHIBIT "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21250 Hawthorne Blvd., Suite 700, Torrance, CA 90503. The foregoing document described `Motion To Hire Auctioneer And Sell Property By Auction; Declaration of Aimee Miller, Points And Authorities,` will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/29/2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   Alvin Mar    alvin.mar@usdoj.gov
   Dennis E McGoldrick    dmcgoldricklaw@yahoo.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    3/29/2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Julia Brand, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/29/2018 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/29/2018 | Dennis McGoldrick | /s/ Dennis McGoldrick |
|---|---|---|
| *Date* | *Type Name* | Signature |